**UNITED STATES of America,
Plaintiff—Appellee,**

**v.**

**Samuel Andre LATHON, a/k/a Andre,
Defendant—Appellant.**

No. 08–8391.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 23, 2009.

Decided: March 6, 2009.

Samuel Andre Lathon, Appellant Pro Se. Michael Gordon James, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Andre Lathon appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court, *United States v. Lathon,* No. 4:01–cr00060–H–1 (E.D.N.C. Oct. 24, 2008), and the reasons stated in our recent decision in *United States v. Dunphy,* 551 F.3d 247 (4th Cir.2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*